## Houston County Oil Company, Appellant, *v.* Dumee.

*Arbitrations—Award of arbitrators—Failure to agree on place of meeting—Improper award.*

In an action on an award of arbitrators a verdict was properly directed for the defendant where it appeared that the agreement to arbitrate was signed by the plaintiff and sent to the defendant for signature, with a letter assuring the defendant that until the agreement was returned properly signed by him the case would not be considered by the arbitrators, that although the agreement was not signed by defendant and no place of meeting for the arbitrators was agreed upon by the parties, the arbitrators proceeded to arbitrate.

Argued Jan. 15, 1917. Appeal, No. 201, Jan. T., 1916, by plaintiff, from judgment of C. P. No. 5, Philadelphia Co., June T., 1915, No. 2019, on verdict for defendant in case of Houston County Oil Mill and Manufacturing Company v. Edward J. Dumee, trading as Dumee, Son and Company. Before BROWN, C. J., MESTREZAT, POTTER, STEWART and FRAZER, JJ. Affirmed.

Assumpsit on award of arbitrators. Before MARTIN, P. J.

The opinion of the Supreme Court states the case.

Verdict for defendant by direction of the court, and judgment thereon. Plaintiff appealed.

*Error assigned,* among others, was in refusing plaintiff's motion for judgment n. o. v.

*Palmer Watson,* for appellant.

*George P. Orr,* of *Conard, Middleton and Orr,* for appellee.

PER CURIAM, February 19, 1917:

This action was instituted on an award of arbitrators, who undertook to act under a contract or agreement between the plaintiff and defendant. A verdict was properly directed for him for the following reasons given by the learned trial judge: "Notwithstanding the fact that the agreements to arbitrate signed by the Houston County Oil Mill & Manufacturing Company which were sent to Dumee, Son & Company were not signed by Dumee, Son & Company, and although in the letter transmitting these papers there was an assurance that until they were returned properly signed by Dumee, Son & Company, the case would not be considered by the arbitration committee, and although the parties had not agreed as to the place where the arbitration should be held, the committee proceeded to arbitrate."

Judgment affirmed.